AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 28, 2025**

SEAN F. McAVOY, CLERK

MARTIN HEIMBIGNER, an individual,

   *Plaintiff*

v.

EDGEWATER SERVICES, LLC, a Delaware Limited Liability Company, GREGORY JONES, an individual, and MATTHEW SNYDER, an individual,

   *Defendant*

Civil Action No.  4:24-CV-5092-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant's Motion to Dismiss (ECF No. 21) is GRANTED in part and DENIED in part. Plaintiff's claims against Edgewater Services, LLC, Gregory Jones, and Matthew Snyder are DISMISSED for lack of personal jurisdiction. Plaintiff's claims of wrongful termination in violation of public policy against Edgewater Services, LLC, Gregory Jones, and Matthew Snyder are DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice

Date: 3/28/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
      *(By) Deputy Clerk*

Lee Reams